U.S DISTRICT COURT - DISTRICT OF COLORADA

Plaintiff, ZACARIAS MOUSSAOUI
, Slave of ALLAH.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 21 2020

JEFFREY P. COLWELL
CLERK

v

Defendant, William Barr,

US Attorney General

Complain: Renewal and continuation of application of the Special Administrative Measures (.SAM) against Zacarias Moussaoui Should be Vacated by the District Court

PROCEDURAL HISTORY

I, Zacarias Moussaoui, in April 2006, pled Guilty To six Terrorism-Related crimes for my role as a 9/11 Co Conspirator for Al, Qaeda and Usama Bin Laden for the Attach on September 11, 2001

On May 4, 2006, I, Zacarias. Moussaoui was sentenced to life imprisonment

On April 4, 2002, the Attorney General authorized the SAM. I am currently being held Prisoner by the Federal Bureau of Prison (BOP) at ADX, Florence Colorado,

## FACTUAL BACKGROUND

I, Zacarias Moussaoui, _was at that time, member_ of Al Qaeda and part of the conspiracy to commit the terrorist attacks against the United States on September 11, 2001.

Specifically I was Trained to Fly a 747-400 Boeing Jet in the London Tower of Canary Wharph (or Wharf) as part of the 9/11 Conspiracy simultaneus attack in the US and the United Kingdom (UK)

I, Zacarias Moussaoui, was arrested in August 2001 in St Paul, Minnesota by the FBI, Harry Samit on Immigration charges.

I, Zacarias Moussaoui was arrested staying at the hotel, in order to Train on 747-400 Simulator at the Panam International with Hussein Al Attas who was the 20th Hijacker due to Take part in the 9/11 Attack.

I, Zacarias Moussaoui, met in Dallas Texas with Saudi Prince Turki AlFaisal ALSAUD Saudi Princesse Haifa Al Faisal Al Saud Oman Al Bayoumi in 2001 before 9/11.

I, Zacarias Moussaoui, maintain contact while in the US with Mohamed ATTa, Ziad Jarrah, Nawaf Al Hazmi and others 19 hyackers of 9/11.

I, Zacarias Moussaoui maintain contact in thiells with Khalid Sheikh Mohamed (KSM) who sent money for me before 9/11

I, Zacarias Moussaoui maintain contact in the US with Ramzi bin al-Shibh before 9/11

## MOUSSAOUI EFFORTS AGAINST THE ~~WM~~ COVER UP OF THE SAUDI ROYAL 9/11 CO-CONSPIRATOR

I, Zacarias Moussaoui, has and is totally desavowing, denouncing, Rejecting USama Bin Laden as a Saudi Useful Idiot and Al Qaeda as a Wahabi Saudi Evil organization

I, Zacarias Moussaoui, wrote individually
to every single Members of the US 113th Congress
demanding to each and every one of this Congress
man and Congresswoman to Testify about
the Saudi Royal Role in 9/11 Attack.
I, Z.M, wrote plus than 600 Letters to Members
of the US Congress to expose the 9/11 Saudi
Royal Co Conspirators such as:
Saudi Prince Turki AL Faisal AL Saud
Saudi Princess Haifa AL Faisal AL Saud
Saudi Prince Walid bin Talal Al Saud
Saudi Prince Bindar bin Sultan Al Saud
Saudi Prince Naif bin Abdelaziz Al Saud
and financial and "Fake" Charitable Institutions
such as :
National Commercial Bank of Saudi Arabia
Saudi American Bank
Saudi Al Haramain Islamic Foundation
Saudi Joint Relief Committee
Saudi High Commission, Saudi Crescent.

MOUSSAOUI REQUESTED INTERVIEW BY THE SECRET SERVICES TO EXPOSE A SAUDI ROYAL & FACILITATED* AL QAEDA PLOT TO BLOW UP AIR FORCE ONE FROM St ANDREW BASE USING A STINGER SMUGGLE BY SAUDI ALQAEDA MEMBERS OF THE SAUDI ARABIAN EMBASSY IN WASHINGTON-DC    *(FACILITATED)

I, Zacarias Moussaoui, after multiple Request and demand was finally interviewed by Secret Service Jerry Casey with Superman BOP ADX Lawyer Ben Brieshky in 2019 in ADX to which I @, ZM, disclosed details of the Al Qaeda Plot to & STrike Air Force One with a Saud embassy smuggle Stinger. I, ZM, was to make Reconnaissance in Washington DC St Andrew Base Area to evaluate the feascbility of the Plot to blow up Air Force One with a. Saudi Embassy Stinger. This Court should know that Hussein Al Atlas in his confession in the District Court of DJ Leonie, M, Brinkema admitted that we, me and Hussein Al Atlas were

to Travel to Washinghton D.C. in order for
me to make reconnaissance for Air Force Plot.
I, Zacarias Moussaoui disclosed was to
report my evaluation assessement on the
Air Force One Plot to Babar Ahmed who
will have convey my evaluation assessement
to Al Qaeda & Bin Laden in Afganistan.
 Babar Ahmed is, was the Chef of Al Qaeda Media
in Europe and founder of the internet site
Qoqaz.com Babar Ahmed is was, is the
Leader of British Jihadist with who I, ZM
went to Chechnya in 1996-1997 with
 Xavier Djaffo a/k/a Abu Mazoad Al Beniny
ahha ( Xavier, Tchilao, DJAFFO )
 and Abdel Hamid of South London UK.
Babar Ahmed is currently in US Jail on
Terrorist conviction.

MOUSSAOUI DISCLOSED TO THE FBI AND THE
US ATTORNEYS FOR THE EASTERN DISTRICT OF
VIRGINIA SAUDI ROYAL 9111 CO CONSPIRATORS ROLE

41

I, Zacarias Moussaoui, after ~~of~~ year. request demand and even hunger strike, was finally interview by FBI Agent James Fitzgerald, Harry Samit, Efran Santiago and Robert Murphy in Supermax, ADX in 2015. I, ZM, disclosed again to the FBI as I had ~~written~~ numerous letters exposing the Saudy Royal Al Qaeda 91.11 CoConspirators to the FBI, the role of Saudi Prince Turki, Saudi Princesses Haifa Oman Al Bayoumi in our Dallas, Texas meeting. Indeed Saudi Prince Turki that Mohamed Atta should attack the White House and the Pentagon or be Removed as the Leader of the 9/11 Al Qaeda Team by Usama Bin Laden beccause Mohamed Atta until this Time Refused to attack the White House and the Pentagon e knowing as a pilote that all the planes will be shot for flying in the highest restricted area. Saudi Prince wanted me, ZM to convey this Urgent Request to Remove Mohamed Atta or to

To coerce make him change his mind and attack the White House and the Pentagone.

BABAR AHMED and SAWAD AL MADANI ROLE IN 9/11 SAUDI ROYAL AL QAEDA ATTACK WITH THE FATWA OF SOCALI SHEIKH ABU HAMZA, real name Mustafa Kamal,

I, Zacarias Moussaoui, informed Babar Ahmed and Sawad Al Madani, Al Qaeda Chef of "Military" Operation in Europe and Mustafa Kamal of Saudi Prince Turki urgent request for Attacking the White House and the Pentagone over Mohamed Atta Objection.

Babar Ahmed, Sawad Al Madani and Mustafa Kamal spoke to Mohamed Attack. Mustafa Kamal issue a Fatwa and Babar Ahmed and Sawad Al Madani Travel to Spain To meet Mohamed Atta.

ARGUMENTS AGAINST THE SAUDI ROYALS [11](/11)
COVER UP BY WILLIAM BARR
CONTIVATION AND ABUSIVE APPLICATION
OF THE S.A.M

William Barr (AG), stated in His Notification
of Extension of Special Administrative Measures
(S.A.M) for Zacarias Moussaoui, Reg No.51427-054
of April, 2020, page 2, paragraph B titled
"Continued Need for SAM" that "Your [ZM]
connection to the September 11, 2001, Terrorist
attacks carries with it the potential To not only
encourage other inmates to see you as a source
of guidance and inspiration but also to ~~further~~
Radicalize others may be inclined to commit
acts of terrorism".

Total Garbage from William Barr (AG)
as William Barr Know from my letters to
him, my deposition that I gave to the 9/11
Victim Families and that he, William Barr
concured to declared a "**State Secret**"

That indeed as William Barr put it "The "a source and of guidance and inspiration" AGAINST USAMA BIN LADEN, ALQAEDA AND THE SAUDI ROYAL WAHABY 9/11 COCONSPIRATORS AND THEIR RELIGIOUS MAFIA.

Indeed, I, Zacarias Moussaoui, have been trying since my sentencing to be as Barr (AG) say an "guidance and inspiration" against Usama Bin Laden, the Saudi Useful Total Idiot, AlQaeda Evil Wahabi Organization and the Saudi Prince and Princesse of Darkness But William Barr has with the SAM silence me, ZM, deny me a lawyer To cooperate with the 9/11 Victim Families, the USS Cole Marines Victim Families The Kenyan and Tanzanyan and American Victim Families of the AlQaeda Embassy Bombing, to cooperate with NYPD Deputy Commissioner for Intelligence & Counter Terrorism John Miller

81

William Barr also stated "inmates like you [ZM] have demonstrated the ability to Remain operational as well as to radicalize and recruit from among the inmate population while incarcerated".

To warn and Denunce and Reject Usama Bin Laden, AlQaeda, Saudi Royal Wahabi, Terrorism that the ability that I, Zacarias Moussaoui has and which William Barr is using to stop with the SAM.

Further William Barr stated "given your affiliation with Al Qaeda, your operational history and your knowledge of Tradecraft, you [ZM] Remain a significant threat to the United States and its allies". William Barr means the United States Powerfull Saudi Royal Cobby and its Pay Master Allies of the Royal Familly of Saudi Arabia but as for me Zacarias Moussaoui I want to eviscerate Terrorism,

to destroy Al Qaeda, expose the Fraud of the Myth of the Useful Idiot Usama Bin Saud a/k/a Bin Laden as Anti Muslim as Islamic Outlaw, the Dog of Hell fire that Bin Laden, Al Qaeda & Co, The Princes of Satan of Saudi Arabia

William Barr also stated the biggest of his delusional Lies. " You [Z M] never disavowed your violent Jihadist ideology." If it was Not the fact that recently your agent deny me a Court of Appeal Order with a deadline for a Month † I will have challenge You, Barr to produce an Affadivit from Gregory Young who administrate the SAM and To have him swear in the affadivit that I, Z M, never, according to your lies, your shameless lies, disavowed the Fake. Evil Jihadist Fraudulent Ideology.

7 of /

So for the Record and the District Court
of Colorado, I, Zacarias Moussaoui,
disavowed every inch of the Jihadist
Ideology as this Jihadist ideology is
against the Spirit and the letter of Islam
agains ALLAH and his Last Prophet
Mohamed (Peace Be Upon Him) and
I have No Doubt agains Issa, Jesus
the Son of the Virgin Mary when Jesus
(Peace be Upon Him) will come back on
earth To Guide Humanity.

In addition this Court can order
a copy of my Testimony, deposition that
William Barr has classify for the
first Time in the History of the United
States a "States Secret"

INDEED THANKS TO BARR (AG) MOUSSAOUI
DEPOSITION ABOUT THE SAUDI PRINCES ALQAEDA
9/14 CO CONSPIRATORSCAN'T BE USE BY THE
9/14 VICTIM FAMILLIES, IT'S BARR STATE SECRET

This Court should also call to Testify
the Attorneys of the 9/11 Victim Families
namely. Sean Carter of Cozen O'Connor
Andrew Maloney of Kreindler & Kreindler,
Robert Haefele of Motley Rice
Evan Kohlman; consultant To Motley Rice
Jerry Goldman of Anderson Kill
and last but Not Least Prescillia Medina
who was the gracious Court Transcript
Reporter.

This Court should also call the Supermax
ADX, BOP attorneys Christopher Cynsvell
Ms. Klett, Ben Brieshky, I, Guy.
Unit Manager Tuttoilmondo,
Unit Manager Gomez, Sprout, Keys.
SIS Turner, Foster, Language Specialist
A. Oliver, Supermax ADX the Complex
Warden True, Andre Maelevodsian
and the others Warden since 2006 when
I entered ADX. These BOP agents should

8/

be cross Examine in Court to establish

behind any doubt that Moussaoui has

made every human to disavowed

expose Usama Bin Laden, Al Qaeda

and the Saudi Prince of Saudi Arabia

mentioned in this motion and others

Also This Court is also petitioned in addition

of all the witnesses mentioned above Request

to testify in Open Court, to order to testify,

Counselor Holbrook, Hansen, Morgan

Guardena, Bennett, Again these BOP

agent have witness my ~~date~~ ~~please~~ ongoing

effort to expose the Saudi Royal, Binladen

Al Qaeda.

Last and potentially least Truthfull

FBI Gregory Young, James Fitzgerald

Manuelletta Dominique, Harry Samit

Robert Murphy, Efan Santiago who

have conducted interview in which

I, Zacarias Moussaoui, disclose, expose

countless members of Al Qaeda and
Bin Institution, (financial & fake charitable)
FBI interview on Moussaoui with Video
Camera should be super subpoenaed
This Video Interviewed will in a few
minutes or second prove to this Court
that William Barr SAM is nothing
less than a vicious Obstruction of
Justice to prevent me to expose the
Saudi Royal 9/11 Co Conspirator
and their Al Qaeda and Bin Laden
Useful Idiots. This Video was made
in 2014 in Supermax with Fitzgerald
Murphy, Samit, Santiago as FBI agents
"fake interrogators".

Also I, Zacarias Moussaoui was
interview in 2017 by Gregory Young
(F.B.I SAM agent) Manvalletta Dominique
(FBI assigne to the Military Commission)
and James Fitzgerald Top FBI 9/11 case

9/

## Conclusion

William Barr (AG) stated in his
conclusion of the S.A.M on page 2.
" there is a substantial risk that yours
communications or contacts with persons
could result in death a serious bodily
injury to persons or substantial damage to
property .... Accordingly we will continue
implement the SAM ... To restrict your access
to the mail, the telephone, visitors, others
inmates and the media"
This Court should understand that
these Speciale Administrative Measures
are Not continue to prevent : ~~others~~
" death or serious bodily injury person
or substantial damage to property"
but for the absolute opposite, To prevent
To expose those who kills 3000 American
on 9/11 and collapse the Twin Tower
, blow up the Pentagone and a Plan in Shanksville

I, therefore, me, Zacarias Moussaoui 9/11 Co Conspirators in Order to Repent in Front of ALLAH the All Mighty petition this District Court of Colorada in addition of subpoening all the witness and documents mentioned in this Motion, above. To Suspend the SAM until this Court hear my case in Open Hearing for the Americans Public and the 9/11 Victimes Familles, USSCole Marines Victim and the Embassy Kenya and Tanzania Victim Famill

This Court by suspending the SAM will level the Court level playing field and I, ZM, able to retain a Lawyer. Such as, William W, Mohr (Colorado Spring Theresa Lynn Sidebotham ( Monument, CO )

This suspension is in the interest of Justice and the 9/11 Victim, Cole, Embassy all the Victim of Terrorism, the Fake Jihad...

L9/

This Court should also place me on
Protective Custody of the District Court
of Colorado against the US Federal
Agents (FBI, BOP, DOJ, SS, CIA).
This Court could understand through
DJ Brinkema Order that I sent to into
the case of Obstruction of Justice
against US President Donald J. Trump
I received credible death threat from
Captain Ricolcol, Lieutenant Scareborough
and Lieutenant Sookdeo. And the FBI
USA/EDVA allow Supermax, ADX, to
house me in the same unit of Mustafa
Kamal a/k/a & Sheikh Abu Hamza
, who lost both hand ). Mustafa Kamaal
has made repeated "Fatwa" for
other Wahabi Terrorist to kill me
in the unit so I don't Testify against
him (Mustafa Kamal) and the Saudi
Royal members and AlQaeda members
and allies.

## Clerical petition.

This Court should know that I, Zacarias
Moussaoui, have the absolute intentions
to pay any filing fees and comply
100% to all your rule and decorum
But This Court should know that Bank
Agent have already deny need a Court
of Appeal Order with deadline
and because of the Reality of the important
of 9/11 Attack and the Saudi Royal
Geopolitcal and financial power.
I can surely anticipate that ~~~~~ the
9 Federal Government will NOT hesitate
To kill, to stop this case by any mean
necessary. Therefore in addition
of Protective Custody I petition this Court
to be Taken out of Supermax. ADX and
Federal Custody and be put in the Court
Custody with the Marshal until my case
is completed and Render by Your Court

191

Also I petition this Court that motion and orders of this Court be hand given and Taken at regular interval and or on Request by me (ZM).

Also, I, ZM, only know for sure the amount of money that I have in my ADX, inmate account. However I had some money in a Norman Oklahoma Bank, but since my arrest I have completely lost Track of it. I believe that he attorney in my case in D J Branham Court, Alan Yamamoto and then attorney Joycee Ellen Rosenthal of Newport Beach CA 92659 might have knowledge of the whereabout of my money and/or my properties who contain Cheque book, debit card so my money could be Trace. Maybe this Court could direct the Court Clerk to give a level of assistance. So I pay the Court fee as with these money

I definetely don't qualify as indegent and Paupierus status.

<u>Final Conclusion.</u>

This District Court is petition to vacate the Special Administrative Measure (SAM). This District Court is petition To Order to submit an Affadavit that the SAM is True and accurate and that Zacarias Moussaoui as stated in the 2020 SAM "has Never ~~disavows~~ disavowed ~~the~~ his Jihad Ideology. This Court is order to Subpaena all the Persons and Documents Requested To be Subpeaned in this Motion above.

May He please this Court To Render Justice and Justice for the 9/11 Victim Cole Victim and all the victim of the Saudi Wahabi Al Qaeda Bin Laden Terrorism

Slave of ALLAH
Zacarias Moussaoui
August, 8, 2020, Supermax, ADX, FL, CO.