In The United States District Court for the
District of Colorado

I, Zacarias Moussaoui, want and can pay the ~~$ Court~~ $400 Court Fee to sue Donald J Trump, William Barr and Christopher Wray as I have money in my ~~Norman~~ Bank Account in Norman Oklahoma. But Trump direct his agents to Deny me access to my money in my bank account in Norman Oklahoma so I cannot sue him. Trump ~~was~~ is putting the Saudi First above the American 9/11 Victim and preventing me to testify against the Saudi Royal 9/11 Conspirator. I, Zacarias Moussaoui hereby authorize the Court and the Court clerk to withdraw $400 from my bank Account in Norman Oklahoma, the Bank account detail can be obtain by the Court and the Court clerk from the District Court clerk office of D J Leonie M Brinkema or from Alan Yamamoto, Court appointed lawyer, or the office of the Public Defender, Kenneth Troccoli, and Tamara

, Public Defender in my 9/11 case in Alexandria Virginia. I'm from Joyce Ellen Rosendahl who has to my knowledge my property & bank detail. Joyce Ellen Rosendahl, PO Box 15966 Newport Beach CA 92659.

The Court should Not Allow Trump agent to deny me my money so I cannot sue Trump. William Barr and Christopher Wray are obstructing the FBI and the US Attorney from the Eastern District of Virginia to deny me my money, deny me access to attorney such & Robert Barnes, to deny me religious counseling by the Honorable Chief Minister of the Nation of Islam Louis Farrakhan in order to stop me sueing them and exposing the obstruction of Justice to Protect and cover up the Saudi Royal 9/11 Co Conspirators and Deny the American 9/11 Victim Families Justice and composer.

TRUMP "SAUDI FIRST" that No Justice!

09/02/20.   Slave of ALLAH
            Zacarias Moussaoui.