IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02539-LTB

ZACARIAS MOUSSAOUI,

    Plaintiff,

v.

WILLIAM BARR, United States Attorney General,
DONALD TRUMP,
CHRISTOPHER WRAY,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 8, 2020, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 8 day of December, 2020.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk

    By: s/ *A. Garcia Garcia*
                Deputy Clerk